# PERSOLVE, LLC

28470 Avenue Stanford, Suite 215, Valencia, CA 91355          Tel: 661 705-3600  Fax: 661 705-3637
                                                              06002471

December 20, 2006

*Via First Class Mail*

**Personal and Confidential**

MARSHALL L PALMER III
14829 SPINNAKER LN
MORENO VALLEY CA 92553

|  |  |  |
|---|---|---|
| Re: | Your Creditor: | PERSOLVE, LLC |
|  | Original Creditor: | HOUSEHOLD BANK GM Card |
|  | Loan Number: | 5499440913496780 |
|  | Loan Balance: | $5,785.54, plus interest |
|  | Our File No.: | 06002471 |
|  | Respond to: | (866) 438-1259 |

Dear Mr./Ms. MARSHALL L PALMER III:

Please be advised that this office is in-house counsel for PERSOLVE, LLC.

My client's records indicate that on or about January 22, 2001, you executed an agreement with HOUSEHOLD BANK GM Card as lender, (hereinafter referred to as the "Agreement"). This Agreement was assigned to my client, PERSOLVE, LLC.

In addition, it appears that you have failed to make timely payments under the terms of the Agreement. Accordingly, on behalf of PERSOLVE, LLC, you are notified that your failure to make payments due under the subject Agreement constitutes a breach thereunder. Accordingly, PERSOLVE, LLC hereby declares the outstanding obligation under the Agreement immediately due and payable, and this letter constitutes PERSOLVE, LLC's final demand that you immediately pay the sum of $5,785.54 plus interest, which continues to accrue, on or before 10 days from the date of this letter.

Please note that this office is not a collection agency and does not believe in engaging in a long series of letter writing exercises. This letter is the last you will receive. The next action on the part of this office if this letter is ignored shall be a lawsuit.

You are hereby notified pursuant to *California Code of Civil Procedure*, section 1033(2) that if suit is commenced, you may become subject to a civil judgment, which will include costs of filing suit and costs of service expended in such action, in addition to whatever principal and interest the Court awards, and attorneys' fees pursuant to the underlying agreement. In the event PERSOLVE, LLC is successful in obtaining a judgment, we will seek the right to, *inter alia*, levy

EXHIBIT
1

December 20, 2006
Page 2

upon your bank accounts, establish judicial liens against all of your real and personal property and garnish your wages until the entire principal balance, including all accrued interest, attorneys' fees and court costs is paid in full.

You can arrange for a settlement of this debt before we file a lawsuit by calling (866) 438-1259. Arranging for a settlement plan before we file the lawsuit will potentially save you the filing fees and costs of the lawsuit should we be awarded a judgment on the account. To do so, call us at (866) 438-1259 to indicate your interest in arranging a repayment plan. Please tell us the best time and telephone number at which to reach you.

Should you have any questions, or if you would like to discuss this matter further, please do not hesitate to call the Persolve Settlement Department at (866) 438-1259.

Very truly yours,

PERSOLVE, LLC

By: _____
ALAINE PATTI-JELSVIK
Associate General Counsel

APJ/dm

In an attempt to collect this debt any information obtained will be used for that purpose. Unless, within 30 days after receipt of this notice, you advise us that you dispute the validity of the claim, or any portion of it, the debt will be assumed to be valid by us. If you notify us in writing within this 30 day period that the debt, or any portion of it, is disputed, we will obtain verification of the debt or a copy of the judgment against you, whichever is applicable, and a copy of such verification or judgment will be mailed to you. In addition, upon your written request within this 30 day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

The Federal Trade Commission has stated that institution of legal action is permitted prior to the expiration of the above-mentioned 30 day period.

California Law requires that you be notified of the following:

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, creditors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Creditors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, creditors may not tell another person, other than your attorney or spouse, about your debt. Creditors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov."

**PerSolve, LLC**
28470 Avenue Stanford, Suite 200, Santa Clarita, CA 91355

**Personal and Confidential**

MARSHALL L PALMER III
14829 SPINNAKER LN
MORENO VALLEY CA 92553

92553+9407



SANTA CLARITA
20 DEC 2006

HAPPY HOLIDAY