Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MARSHALL LEE PALMER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARSHALL LEE PALMER,<br><br>                 Plaintiff,<br><br>v.<br><br>PERSOLVE, LLC, a Delaware limited liability company, and ALAINE PATTI-JELSVIK, individually and in her official capacity,<br><br>                 Defendants. | Case No. C07-06104-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

      COMES NOW the Plaintiff, MARSHALL LEE PALMER, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, MARSHALL LEE PALMER, hereby dismisses, with prejudice, all claims made by him against Defendants, PERSOLVE, LLC, and ALAINE PATTI-JELSVIK, in his Complaint filed herein on December 3, 2007. Plaintiff further notifies the Court that his dispute with Defendants has been settled.

                                            CONSUMER LAW CENTER, INC.

                                            By: /s/ Fred W. Schwinn
                                                 Fred W. Schwinn, Esq.
                                                 Attorney for Plaintiff
                                                 MARSHALL LEE PALMER